ACCEPTED
01-14-00766-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 7:03:38 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00766-CV

IN THE FIRST COURT OF APPEALS
FOR DISTRICT OF TEXAS HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 7:03:38 PM
CHRISTOPHER A. PRINE
Clerk

KEITH PORTER
APPELLANT
V.
PATRICIA PORTER
APPELLEE

On Appeal from the
308th District Court
Harris County, Texas
Trial Court Cause No. 2013-47027

**NOTICE OF FEE PAYMENT**

Sonya Chandler Anderson
Texas Bar No. 24067951
The Law Office of
Sonya Chandler Anderson
405 Main St. Suite 700
Houston, Texas 77002
Telephone: (281) 905-5020
Facsimile: (866) 274-8788

STATE OF TEXAS §
COUNTY OF HARRIS §

**NOTICE IS HEREBY GIVEN to all interested parties that payment is hereto attached for Mr.**

**Keith Porter Appeal filing fee in Cause NO. 01-14-00766-CV 2013-47027**, styled In the matter

of the marriage of Keith Porter and Patricia Porter from the 308th Judicial District Court , Harris

County Texas .

Respectfully submitted,

/SONYA CHANDLER ANDERSON I
Sonya Chandler Anderson
405 Main, Ste. 700 Houston,
Texas 77002
Office: (713) 400-3394
Cell: (281)-905-5020
Facsimile;(866) 274-8878